**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u>   v.   <u>GERALD S. REEVES, JR.</u>

THE HONORABLE JAMES M. FITZGERALD

DEPUTY CLERK                              CASE NO. <u>A03-0035-02 CR (JMF)</u>

<u>Elisa Singleton</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 30, 2005

      The Disposition hearing in this matter is hereby set for January 9, 2006 at 11:00 a.m. in courtroom 3.

t/c counsel

[]{IA.WPD*Rev.12/96}