## UNITED STATES DISTRICT COURT
### District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA, | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| vs. | (For Revocation of Probation or Supervised Release) |
| | For Offenses Committed On or After November 1, 1987 |
| GERALD S.M. REEVES, JR. | (Original Judgment filed 01/16/2004) |
| | Case Number: A03-0035-02 CR (JMF) |
| | T. BURKE WONNELL |
| | Defendant's Attorney |

Defendant's probation officer filed a petition on  08/01/2005  accusing defendant of  5  violations of the conditions of supervision provided in the original judgment.  Defendant Admitted Allegations 1, 2, 3, 4, and 5 of the Petition to Revoke Supervised Release . All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Special | Urinalysis testing | 07/28/2005 | C |
| 2 | Special | Failure to comply | 07/28/2005 | C |
| 3 | Standard | Fail to pay payments | 08/01/2005 | C |
| 4 | Standard | Use of alcohol | 06/30/2005 | C |
| 5 | Standard | Contact w/police | 06/30/2005 | C |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 3  of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.



JAN 9 2006
Date of Disposition Hearing

Signature of Judicial Officer

JAMES M. FITZGERALD, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

1/11/2006
Date

**SCANNED**

AO245.REV

Defendant: GERALD S.M. REEVES, JR.        Amended Judgment--Page _2_ of _3_
Case No.:  A03-0035-02-CR (JMF)

**IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION**

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of  8 Months; this term consists of a total of 8 months to be served on allegations 1 thru 5 to be served concurrently with credit for time served .

NO TERM OF SUPERVISED RELEASE TO FOLLOW

[_]  The court makes the following recommendations to the Bureau of Prisons:

[X]  The defendant is remanded to the custody of the United States Marshal.

[_]  The defendant shall surrender to the United States Marshal for this district,
                           a.m.
    [_]  at _____ p.m. on _____.

[_]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [_]  before 2 p.m. on _____.
    [_]  as notified by the United States Marshal.
    [_]  as notified by the probation office.

**RETURN**

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

                                              United States Marshal

                                   By _____
                                              Deputy Marshal

AO245.REV

Defendant: GERALD S.M. REEVES, JR.          Amended Judgment--Page  3  of  3
Case No.:  A03-0035-02-CR (JMF)

## PROBATION/SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release [_] probation[_] is modified as follows:

The term of supervision is not extended.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV