T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

CJA Counsel for Defendant, Gerald Reeves, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No. A03-035-2 CR(JMF) |
| ) | |
| Plaintiff,   ) | **REVISED ORDER COMMITTING** |
| ) | **DEFENDANT TO THE CUSTODY** |
| vs.   ) | **OF THE UNITED STATES** |
| ) | **BUREAU OF PRISONS FOR** |
| GERALD S. REEVES, Jr.,   ) | **PSYCHIATRIC EXAMINATION** |
| ) | |
| Defendant.   ) | |
| ) | |

Pursuant to the provisions of 18 U.S.C. §3552(b), the Court hereby orders that Defendant, GERALD S. REEVES JR, be committed to the custody of the United States Bureau of Prisons for the purpose of submitting to a psychiatric examination to be conducted while in the custody of the United States Bureau of Prisons. Pursuant to that subsection, the Court finds a compelling reason for the United States Bureau of Prisons to conduct the study before sentence is imposed.

IT IS HEREBY ORDERED that a complete psychiatric examination be conducted pursuant to the provisions of 18 U.S.C. §3552, with a report to be filed with the Court pursuant to the provisions of 18 U.S.C. §3552(b). The report should specifically address Defendant's ability to comply with the

conditions of Supervised Release previously imposed by the Court.

IT IS FURTHER ORDERED that the U.S. Marshals Service in Anchorage, Alaska transfer Defendant Gerald S. Reeves, Jr. to the custody of the United States Bureau of Prisons for commitment in a suitable mental health facility as closest to Alaska as possible for a period not to exceed sixty days so that Defendant may undergo a complete psychiatric examination to determine Defendant's ability to comply with Court imposed conditions of supervised release.

IT IS SO ORDERED.

DATED this 13th day of October, 2005, at Anchorage, Alaska.

HON. JAMES M. FITZGERALD

Per Court order taken to BOP for exam on 09/21/2005, returned to District — exam completed 11/29/2005.

Certified to be a true and correct copy of original filed in my office.
Dated 10-14-05
IDA ROMACK, Clerk
By _____ Deputy

A03-0035--CR (JMF)  10-14-05
--------------------
T. WONNELL (WONNELL)
C. RANDELL (US ATTY)
US MARSHAL
US PROBATION